# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D21-102

———————————————

TREMAINE JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

September 22, 2021

PER CURIAM.

We affirm the postconviction court's order denying Appellant's rule 3.850 motion. Appellant's claim is barred by the law of the case doctrine as it was previously raised and denied on direct appeal. *See Moore v. State*, 768 So. 2d 1140 (Fla. 1st DCA 2000). The Court warns Appellant that any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court and a referral to the appropriate institution for disciplinary procedures. *See* § 944.279, Fla. Stat. (2021).

B.L. THOMAS, WINOKUR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Tremaine Johnson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.